# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACY LETNER,<br><br>    Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:18-cv-01459-LJO-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE<br><br><u>Case Management Conference</u><br><br>Date: January 9, 2019<br>Time: 2:00 p.m.<br>Courtroom: 9<br><br>Judge: Hon. Stanley A. Boone |

The Court, on November 6, 2018, issued a scheduling order providing for an initial case management conference to occur on December 14, 2018 at 3:00 p.m. before the unsigned. (Doc. No. 12.) The Court has been advised by the Clerk's Office that the November 6th order was not served upon counsel for Petitioner. The Court issues this amended order restating requirements for the initial case management conference and rescheduling the date of the conference to allow counsel and the Court sufficient time to prepare.

## BACKGROUND

On October 23, 2018, Petitioner Richard Lacy Letner, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing requests for

1

appointment of counsel to represent him (Doc. No. 1) and to proceed *in forma pauperis* (Doc. No. 2).

On October 26, 2018, the Court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel and granting Petitioner's request to proceed *in forma pauperis*. (Doc. No. 6.)

On October 26, 2018, Deputy Attorney General Galen Neale Farris filed his notice of appearance on behalf of Respondent, Ron Davis, Warden of California State Prison at San Quentin. (Doc. No. 8.)

On November 5, 2018, the Court appointed Lisa Short, Esq. and Michael Snedeker Esq. as co-counsel to represent Petitioner in this proceeding. (Doc. No. 10.)

On November 6, 2018, the Court issued its original order setting the initial case management conference. (Doc. No. 12.)

ORDER

Accordingly,

1. On January 9, 2019, at 2:00 p.m., the undersigned will hold the initial case management conference. The parties may appear by teleconference. Counsel are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code.

2. Petitioner's counsel shall be prepared to discuss the due date for filing the federal habeas petition pursuant to 28 U.S.C. § 2254 and any intention of seeking tolling.

3. Respondent's counsel shall be prepared to discuss a date for filing the answer or other responsive pleading as well as setting a date for electronic lodging of the state court record as described in Local Rule 191(h)(1) and consistent with the timeframe provided therein. The Court's expectation regarding lodging the state record is that:

    a. Respondent's counsel shall file a Notice of Lodging and lodge the state court record in electronic (optical character recognition) format on the

                Court's electronic filing system, each item of the state court record shall be lodged as an attachment to the Notice of Lodging, for each separate attachment the Notice of Lodging shall identify the attachment number and the Bate-stamp numbers and the name of that part of the record including its internal pagination if any, the identical identifying information shall also be included as the docket title of each electronically lodged attachment to the Notice of Lodging, to the extent possible each separate paper volume of the state court record shall be lodged as one attachment,

        b.    State sealed records shall be lodged in paper form, and

        c.    Respondent's counsel need not lodge the state court record on CDs and courtesy copies on CD are not required.

    4.    At the conclusion of the case management conference, Respondent's counsel will be excused and the conference will continue *ex parte* with counsel for Petitioner present to discuss budgeting matters including requirements of the Criminal Justice Act Policies and Procedures of the Judicial Council of the Ninth Circuit,[1] and applicable requirements of the Guide to Case Management and Budgeting in Capital Habeas Cases in the Eastern District of California Fresno Division.[2] Petitioner's counsel shall also prepare a proposed budget for the first stage of the litigation, using the Capital Habeas Funding Application, including confidential case background and rate justification worksheet, available from and in consultation with Ms. Laura Paul, 9th Circuit CJA Case Managing Attorney, lpaul@ce9.uscourts.gov, and submit the completed proposed budget Application to the Court under seal by e-mailing it to ApprovedSealed@caed.uscourts.gov, <u>at least one week before the case management conference</u>. All budget forms and supporting documentation will be filed under seal and not served on counsel for Respondent. Counsel shall submit all subsequent budget-related filings by e-

---

[1] Available at https://www.ca9.uscourts.gov/attorneys/
[2] Available at http://www.caed.uscourts.gov/caednew/index.cfm/forms/cja-capital-habeas-forms/

mailing them to the Court's Approved Sealed@ e-mail address noted above. Any *ex parte* Court proceeding regarding funding will be reported and maintained under seal. The Court-authorized budget will be submitted to and reviewed by the Ninth Circuit's Criminal Case Committee. The Criminal Case Committee will then make a recommendation to the Judicial Council of the Ninth Circuit.

5. Petitioner's counsel are directed to comply with the e-filing registration requirements of Local Rule 135.

6. This amended order supersedes the Court's November 6, 2018 order. The parties need not appear for hearing on December 14, 2018.

IT IS SO ORDERED.

Dated: __**December 11, 2018**__

UNITED STATES MAGISTRATE JUDGE