# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACY LETNER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:18-cv-01459-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE<br><br>Status Conference<br><br>Date: December 6, 2019<br>Time: 10:00 a.m.<br>Courtroom: 9<br><br>Judge: Hon. Stanley A. Boone |

　　　The undersigned held an initial case management conference on January 9, 2019 at 2:00 p.m. in Department 9. Michael Snedeker and Lisa Short appeared for Petitioner, Richard Lacy Letner. Deputy Attorney General Galen Neale Farris appeared for Respondent, Ronald Davis. All counsel appeared telephonically.

　　　Pursuant to counsel's stipulation and agreement at the hearing, and as otherwise stated on the record and for good cause shown, the Court sets the following schedule:

　　　1.　　By November 5, 2019, Petitioner shall file the petition pursuant to 28 U.S.C. § 2254, including argument and points and authorities.

1

2. References to the state court record in the petition shall use the identification system set out in the Notice of Lodging, described below. Each reference shall thus include the docket number for the Notice of Lodging, the attachment number, and the Bate-stamp numbers followed, in parentheses, by the abbreviated name of the volume of the record and any internal pagination. For example, if the Notice of Lodging appears as electronic court filing number 40 and the first attachment is the first 300 pages of the Clerk's Transcript on Appeal, the citation form would be "DOC. No. 40-1, AG00001-AG00300 (CT 1-300)."

3. By April 9, 2019, Respondent shall file a Notice of Lodging and lodge with the Court the state court record as specified below.

    a. The lodged record shall meet the following requirements:

        (i) It shall contain (a) transcripts of the state trial court proceedings; (b) appellant's and respondent's briefs on direct appeal to the California Supreme Court, and the opinion or orders of that Court; and (c) Petitioner's and Respondent's briefs in any state court habeas corpus proceedings, and all opinions, orders and transcripts of such proceedings.

        (ii) The entire record shall be Bate-stamped. Bate-stamp numbering shall be in the format AG00001, AG00002, etc. to distinguish it from other numbering systems in the record.

        (iii) The entire record shall be scanned.

        (iv) The entire record shall be converted to an optical character recognition (OCR) format.

        (v) State sealed documents shall be lodged in paper form.

    b. The Notice of Lodging shall be filed on the Court's electronic filing system. Each item of the state court record shall be lodged as an attachment to the Notice of Lodging. For each separate attachment, the

|   |   |   |
|---|---|---|
| 1 | | Notice of Lodging shall identify the attachment number, the Bate-stamp |
| 2 | | numbers, and the name of that part of the record, including its internal |
| 3 | | pagination, if any.  For example, the attachment identified above in |
| 4 | | paragraph 2 would be listed in the Notice of Lodging as: "Attachment |
| 5 | | #1, AG00001-AG00300 (Clerk's Transcript 1-300)."  The identical |
| 6 | | identifying information shall also be included as the docket title of each |
| 7 | | electronically lodged attachment to the Notice of Lodging.  To the extent |
| 8 | | possible, each separate paper volume of the state court record shall be |
| 9 | | lodged as one attachment. |
| 10 | c. | The state court record need not also be lodged on CDs, and courtesy |
| 11 | | copies on CD are *not* required. |
| 12 | 4. | Upon filing of the petition, the parties shall meet and confer regarding |
| 13 | | exhaustion issues and advise the Court thereon at a status conference set for |
| 14 | | December 6, 2019, at 10:00 a.m., before the undersigned.  The parties also shall |
| 15 | | file a joint statement as to which claims are exhausted (or partially exhausted) |
| 16 | | not later than one week prior to the hearing.  Counsel may appear telephonically |
| 17 | | and are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie |
| 18 | | Hernandez, to obtain the teleconference code. |
| 19 | 5. | Respondent shall file his answer to the federal petition, including all substantive |
| 20 | | and procedural defenses, argument and points and authorities, no later than May |
| 21 | | 5, 2020. |
| 22 | 6. | A briefing schedule will be set after the petition and answer have been filed. |
| 23 | 7. | Counsel for both parties are directed to familiarize themselves with the <u>Guide to</u> |
| 24 | | <u>Case Management and Budgeting in Capital Habeas Cases, Eastern District of</u> |
| 25 | | <u>California Fresno Division</u>.[1] |
| 26 | 8. | The parties are advised that the Court will view any request to extend the above |

---

[1] Available at http://www.caed.uscourts.gov/caednew/index.cfm/forms/cja-capital-habeas-forms/

timeline with disfavor absent reasonably unforeseeable and unavoidable circumstances showing good cause for an extension of time.

IT IS SO ORDERED.

Dated: **January 10, 2019**

_____
UNITED STATES MAGISTRATE JUDGE