UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACY LETNER,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:18-cv-01459-LJO-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>STIPULATED ORDER ON EQUITABLE TOLLING<br><br>ORDER MODIFYING SCHEDULING |

    Before the Court is the parties' Joint Statement Regarding Timely Filing of the Petition for Writ of Habeas Corpus. (Doc. No. 33.) Therein, the parties stipulate to equitable tolling of the petition filing deadline from the current November 5, 2019 to December 20, 2019.

    Upon consideration of the Joint Statement and the record in this proceeding and for good cause shown scheduling in this case is modified as follows:

    1.    Petitioner shall file the petition pursuant to 28 U.S.C. § 2254, including argument and points and authorities, by not later than December 20, 2019.

    2.    The parties shall meet and confer regarding exhaustion issues and advise the Court thereon at a status conference set for January 21, 2020, at 2:00 p.m., before the

1

undersigned. The parties also shall file a joint statement as to which claims are exhausted (or partially exhausted) not later than one week prior to the status conference. Counsel may appear telephonically and are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to obtain the teleconference code.

3. Respondent shall file his answer to the federal petition, including all substantive and procedural defenses, argument and points and authorities, by not later than June 19, 2020.

4. The Court's January 10, 2019 scheduling order (Doc. No. 16) shall otherwise continue in full force and effect.

IT IS SO ORDERED.

Dated: **September 4, 2019**

UNITED STATES MAGISTRATE JUDGE