# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACY LETNER, <br><br> Petitioner, <br><br> v. <br><br> RONALD DAVIS, Warden of San Quentin State Prison, <br><br> Respondent. | Case No. 1:18-cv-01459-LJO-SAB <br><br> <u>DEATH PENALTY CASE</u> <br><br> ORDER FOLLOWING STATUS CONFERENCE RE EXHAUSTION <br><br> <u>Hearing on Exhaustion Motion(s)</u> <br><br> Date: April 29, 2020 <br> Time: 11:00 a.m. <br> Courtroom: 9 <br><br> Judge: Hon. Stanley A. Boone |

The undersigned held a status conference on January 21, 2020 at 2:00 p.m. in Department 9. Appointed counsel Michael Snedeker and Lisa Short appeared for Petitioner, Richard Lacy Letner. Deputy Attorney General Galen Neale Farris appeared for Respondent, Ronald Davis. All counsel appeared telephonically. During the status conference, the Court addressed continuing the date for the filing of an answer. However, upon review of the record, the Court finds that the answer period was unnecessarily addressed as the period to file an answer was beyond the date provided during the hearing. Accordingly, the date to file an answer shall remain as previously set.

The Court having considered the parties' joint statement regarding exhaustion filed January 14, 2020 reflecting their agreement the petition filed December 19, 2019 contains

1

exhausted and unexhausted claims and aspects thereof and the record in this proceeding and for the reasons stated on the record and good cause shown provides further scheduling, as follows:

1. By not later than March 20, 2020: The parties may file motions addressing the claims and aspects thereof on grounds of failure to exhaust in state court.

2. By not later than April 3, 2020, any opposition shall be filed.

3. By not later than April 10, 2020, any reply to opposition shall be filed.

4. Hearing on any motion filed is set for April 29, 2020 at 11:00 a.m. before the undersigned. Counsel shall appear telephonically and are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to obtain the teleconference code.

5. If no motions are filed by the above deadline, the Court will set a status conference.

6. The currently scheduled June 19, 2020 deadline for Respondent to file his answer to the petition shall remain in effect and the Court modifies its order delivered on the record at the status conference to this extent.

The parties are advised that the Court will view any request to extend the above timeline with disfavor absent reasonably unforeseeable and unavoidable circumstances showing good cause for an extension of time.

IT IS SO ORDERED.

Dated: __**January 22, 2020**__

UNITED STATES MAGISTRATE JUDGE