UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACY LETNER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:18-cv-01459-NONE-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER VACATING APRIL 29, 2020 HEARING ON PETITIONER'S MOTION TO STAY FEDERAL PROCEEDING FOR STATE EXHAUSTION |

　　　The Court, having reviewed Petitioner's motion to stay federal proceedings pending resolution of state court proceeding (ECF No. 52), Respondent's opposition to the motion (ECF No. 54), Petitioner's reply to the opposition (ECF No. 55), and the record in this proceeding finds the motion suitable for decision without a hearing.

　　　Accordingly, the hearing on Petitioner's motion to stay set for April 29, 2020 at 11:00 a.m. in Department 9 before the undersigned is vacated and the matter taken under submission.

IT IS SO ORDERED.

Dated:   **April 17, 2020**　　　　　　　　　　/s/ 　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1