UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACY LETNER,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES HILL, Warden of the R. J. Donovan Correctional Facility,<br><br>    Respondent.[1] | Case No. 1:18-cv-01459-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING THE FILING OF FURTHER STATUS CONFERENCE STATEMENT(S) |

    The Court has reviewed the parties' joint statement regarding state exhaustion proceedings and Petitioner's intent to file a federal amended habeas corpus petition. (Doc. 75) Based upon the contents of the statement, the Court **ORDERS** the parties to file a further joint status report regarding federal claim exhaustion **not later than September 10, 2025.**

    The Court anticipates the parties will discuss in the further report: (1) their positions regarding petitioner's compliance with the statute of limitations and the exhaustion status of the operative federal petition, including as to the noted (i) California Penal Code Section 1172.6 case that remains pending in the state supreme court and (ii) exhaustion petition in Tulare County Superior Court case number VHC402092, which was denied by that court in April 2024

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Warden Hill as the respondent.

1

without review being sought; (2) their respective positions regarding lifting of the exhaustion stay; and (3) their proposed case scheduling.

IT IS SO ORDERED.

Dated:    **June 26, 2025**

_____
UNITED STATES DISTRICT JUDGE