1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD LACY LETNER,                     Case No.  1:18-cv-01459-JLT

12              Petitioner,                    DEATH PENALTY CASE

13        v.                                   ORDER GRANTING PETITIONER'S
                                               UNOPPPOSED MOTION FOR FURTHER
14   RAFAEL ACEVEDO, Acting Warden of the      SCHEDULING
     R. J. Donovan Correctional Facility,
15                                             (Doc. 82)
                Respondent.[1]
16

17        On December 1, 2025, petitioner filed an unopposed motion for further post-exhaustion

18   scheduling. The Court finds good cause to **GRANT** the motion. Therefore, the Court

19   **ORDERS**:

20        1.      Petitioner shall file a response to any motion to dismiss within 30 days thereof.

21   ///

22   ///

23   ///

24        2.      Petitioner shall file a response to the answer to the first amended petition within 45

25   _____

26   [1] A California Incarcerated Records and Information Search ("CIRIS") shows that petitioner is
     incarcerated at the R. J. Donovan Correctional Facility, San Diego, CA, in the care and custody
27   of Acting Warden Rafael Acevedo. *See* Ciris.mt.cdcr.ca.gov (last visited December 4, 2025).
     Pursuant to Federal Rule of Civil Procedure 25(d), Acting Warden Acevedo is substituted as
28   respondent in place of his predecessor wardens.

                                            1

1   days thereof.

2

3   IT IS SO ORDERED.

4     Dated:   **December 4, 2025**

                                                 UNITED STATES DISTRICT JUDGE