UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACY LETNER, | Case No.  1:18-cv-01459-JLT |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER GRANTING PETITIONER'S UNOPPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS |
| RAFAEL ACEVEDO, Warden of the R. J. Donovan Correctional Facility, | |
| Respondent.[1] | (Doc. 85) |

On February 16, 2026, petitioner filed an unopposed motion to extend time to file a response to respondent's motion to dismiss the first amended petition pursuant to 28 U.S.C. § 2254(b), from February 19, 2026 to February 26, 2026. This extension of time is necessitated by counsel's responsibilities in other matters and possible delay in finalizing the response.  Petitioner's counsel represents that counsel for respondent does not oppose the requested extension of time. Thus, good cause appearing, the Court **ORDERS**:

1.    The motion for an extension of time (Doc. 85) to respond to the motion to dismiss is **GRANTED**;

2.    Petitioner shall file his response to respondent's motion to dismiss **no later than**

---

[1] A California Incarcerated Records and Information Search shows that petitioner is incarcerated at the R. J. Donovan Correctional Facility, San Diego, CA, in the care and custody of Warden Rafael Acevedo. *See* Ciris.mt.cdcr.ca.gov (last visited February 17, 2026). Pursuant to Federal Rule of Civil Procedure 25(d), Warden Acevedo is substituted as respondent in place of his predecessor wardens.

1

**February 6, 2026**.

3.      Respondent shall file any reply thereto by **no later than March 13, 2026**. The matter then will stand submitted unless the Court sets oral argument. Current case scheduling otherwise shall remain in full force and effect.

IT IS SO ORDERED.

Dated:    **February 17, 2026**

UNITED STATES DISTRICT JUDGE

2