# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACY LETNER,<br><br>        Petitioner,<br><br>   v.<br><br>RAFAEL ACEVEDO, Warden of the R. J. Donovan Correctional Facility,<br><br>        Respondent. | Case No.  1:18-cv-01459-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S UNOPPPOSED MOTION TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS<br><br>(Doc. 88) |

On March 13, 2026, respondent filed an unopposed motion to extend time to file a reply in support of his motion to dismiss the 28 U.S.C. § 2254 first amended petition from March 13, 2026, to March 27, 2026.  This extension of time is necessitated by counsel's family medical leave and responsibilities in other matters.  Respondent's counsel represents that counsel for petitioner does not oppose the requested extension of time. The Court finds good cause to GRANT the motion (Doc. 88).  Thus, the Corut ORDERS:

1.      Respondent shall file a reply in support of his motion to dismiss the 28 U.S.C. § 2254 first amended petition n**o later than March 27, 2026**. The matter then will stand submitted unless the Court sets oral argument.

///

1

///

All other case dates shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 16, 2026**

_____
UNITED STATES DISTRICT JUDGE

2