# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RICHARD LACY LETNER,

Petitioner,

v.

MARIO RAMIREZ, Acting Warden of the R. J. Donovan Correctional Facility,

Respondent.[1]

Case No. 1:18-cv-01459-JLT

DEATH PENALTY CASE

ORDER GRANTING RESPONDENT'S UNOPPPOSED MOTION TO EXTEND TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS

(Doc. 94)

On October 16, 2026, respondent filed a motion to extend time to file his answer to the 28 U.S.C. § 2254 first amended petition from October 19, 2026 to April 19, 2027. (Doc. 94). This extension of time, respondent's second, is necessitated by Mr. Farris's family medical and related issues; his responsibilities in other matters; and the voluminous record and number and complexity of claims and issues in this case. (*Id*. at 2-5). Though Mr. Farris states that counsel for petitioner opposes the requested extension of time, no opposition has been filed and time for doing so has passed. (*Id*. at 2; *see* docket; E.D. Cal. LR 230(c)).[2] The Court finds good cause to

[1] A California Incarcerated Records and Information Search shows that petitioner is incarcerated at the R. J. Donovan Correctional Facility, San Diego, CA, in the care and custody of Acting Warden Mario Ramirez. See Ciris.mt.cdcr.ca.gov (last visited November 3, 2026). Pursuant to Federal Rule of Civil Procedure 25(d), Acting Warden Ramirez is substituted as respondent in place of his predecessor wardens.

[2] The Court construes petitioner's failure to file a timely opposition as non-opposition to the instant motion. (LR 230(c)).

GRANT the motion. Thus, the Court ORDERS:

1. Respondent shall file his answer to the 28 U.S.C. § 2254 first amended petition including all substantive and procedural defenses, argument and points and authorities **no later than April 19, 2027**.

2. Current scheduling otherwise shall continue such that petitioner shall file a response to the answer **within 45 DAYS thereafter**.

3. The Court will **not** entertain a request for summary judgment.

4. Motions for discovery, expansion of the record, and/or evidentiary hearing will be entertained only **after** the Court's § 2254(d) analysis of the federal claims.

5. The Clerk of the Court is directed to **terminate** Doc. 94.

IT IS SO ORDERED.

Dated: November 4, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE